Decided June 23, 2004

STATE OF CONNECTICUT *v.* KEVIN DEVLIN

The defendant's petition for certification for appeal from the Appellate Court (AC 24909) is denied.

*Brian J. Woolf,* in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided June 23, 2004

STOP AND SHOP SUPERMARKET COMPANY *v.* ABCO REFRIGERATION SUPPLY CORPORATION ET AL.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Kevin S. Coyne,* in support of the petition.

*Howard K. Levine,* in opposition.

Decided June 23, 2004